STATE of Missouri, Respondent,

v.

Brandon D. SEATON, Appellant.

No. WD 65333.

Missouri Court of Appeals,
Western District.

June 20, 2006.

Motion for Rehearing and/or Transfer to
Supreme Court Denied Aug. 1, 2006.

Application for Transfer Denied
Sept. 26, 2006.

Ruth Sanders, Appellate Defender Office, Kansas City, for Appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Shaun Mackelprang and Lisa M. Kennedy, Office of Attorney General, Jefferson City for Respondent.

Before THOMAS H. NEWTON, Presiding Judge, PATRICIA A. BRECKENRIDGE, Judge, and PAUL M. SPINDEN, Judge.

## ORDER

Brandon D. Seaton appeals the circuit court's judgment convicting him of statutory sodomy in the first degree. We affirm. Rule 30.25(b).